UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| IN RE: | CHAPTER 11 |
|---|---|
| CHARLES E. WALKER, | CASE NO. 16-03304 |
| DEBTOR. | JUDGE MASHBURN |

NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Charles E. Walker

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Granting in Part and Denying in Part Debtor's Amended Objection to Proof of Claim of First Freedom Bank (Doc. No. 847)

2. State the date on which the judgment, order, or decree was entered: 9-6-2017

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Debtor   Attorney: Charles Walker, #021277
   Woodbine Legal, PC
   69 Thompson Ln, Nashville, TN 37211
   Pro Se    615-367-5111

2. Party: Creditor (First Freedom Bank)   Attorney: Blake D. Roth, #31499
   Waller Lansden Dortch & Davis LLP
   511 Union Street, Suite 2700
   Nashville, TN 37219    615-850-8749

Page **1** of **3**

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s Jamaal L. Boykin

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 9-15-2017

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Jamaal L. Boykin
Manson Johnson Conner PLLC
215 2nd Avenue North, Ste 300
Nashville, TN  37201    615-254-1600

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

## CERTIFICATE OF SERVICE

    I hereby certify that I mailed a copy of the foregoing to the U.S. Trustee, 701 Broadway Customs House, Suite 318, Nashville, Tennessee, 37203, and all other interested parties via CM/ECF.

/s/ Jamaal L. Boykin
Jamaal L. Boykin, #031037
Manson Johnson Conner, PLLC
215 2nd Avenue North, Ste 300
Nashville, Tennessee 37201
(615) 254-1600 (office)
(615) 891-2395 (fax)
jboykin@mansonjohnsonlaw.com